FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2018

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>DARRIN JAY HOWARD,<br><br>                   Defendant. | No. 1:18-CR-02052-LRS-1<br><br>ORDER GRANTING DEFENDANT'S EMERGENCY MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE AND GRANTING DEFENDANT'S MOTION TO EXPEDITE<br><br>**ECF Nos. 44, 45** |

On Wednesday, November 21, 2018, the Court conducted a hearing on Defendant's Emergency Motion to Temporarily Modify Conditions of Release (ECF No. 44) pursuant to 18 U.S.C. § 3142. Defendant appeared with Assistant Federal Defender Jeremy Sporn. Assistant United States Attorney Thomas Hanlon represented the United States. The United States does not oppose Defendant's motion. Accordingly,

IT IS HEREBY ORDERED:

1. The Motion to Expedite (ECF No. 45) is GRANTED.

ORDER - 1

2. The Motion to Temporarily Modify Conditions of Release (ECF No. 44) is GRANTED.

3. Defendant's previously imposed conditions of release (ECF No. 43) shall be TEMPORARILY MODIFIED as follows: Defendant shall be permitted to be present within Wapato city limits on Wednesday, November 21, 2018, between 1:00 PM and 5:00 PM to attend funeral services for Defendant's uncle. Defendant must leave the service by 5:00 PM. If the alleged victim in this case appears at the service, Defendant shall leave the service.

DATED November 21, 2018.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE